1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant Dale Davis

7

8

9            IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )   CR-09-0927 MHP
                                   )
13           Plaintiff,            )   **STIPULATION AND [PROPOSED]**
                                   )   **ORDER TO CONTINUE STATUS**
14       v.                        )   **HEARING**
                                   )
15  DALE DAVIS,                    )
                                   )
16           Defendant.            )
    _____)

17

18       Defendant and the government, through their respective counsel, hereby stipulate that,

19  subject to the court's approval, the status hearing in the above-captioned matter, presently set for

20  Monday, October 26, 2009, at 10:00 a.m. be reset at 11:00 a.m. The reason for the request is that

21  defense counsel is on duty that day and will not have sufficient time to appear at the currently set

22  time. The government has no objection to this request.

23  / /

24  / /

25  / /

26  / /

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE STATUS HEARING;
CR 09-0927 MHP                               1

1  IT IS SO STIPULATED.

2  Dated:   October 19, 2009                   ____/s/_____
                                               RONALD C. TYLER
3                                              Assistant Federal Public Defender

4
   Dated:   October 19, 2009                   ____/s/_____
5                                              ROBIN HARRIS
                                               Assistant United States Attorney
6

7
                              **[PROPOSED] ORDER**
8
   GOOD CAUSE APPEARING, it is hereby ORDERED that the status hearing in the
9
   aforementioned matter currently set for October 26, 2009 at 10:00 a.m. shall be reset at 11:00
10
   a.m.
11
   **IT IS SO ORDERED**.
12

13

14

15
   Dated:  __October 23, 2009_____           _____
16                                             HONORABLE MARILYN HALL PATEL
                                               UNITED STATES DISTRICT COURT JUDGE
17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE STATUS HEARING;
CR 09-0927 MHP                        2