| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | RONALD C. TYLER |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | 19 th Floor, Box 36106 |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| 6 | Counsel for Defendant DAVIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-0927 MHP |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |
| v. | ) | |
| DALE DUFFY DAVIS, | ) | **Current Hearing Date: March 8, 2010** |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Marilyn Hall Patel |
| | ) | **Proposed Hearing Date: March 29, 2010** |
| | | Time: 9:00 a.m. |

## STIPULATION

The sentencing hearing in the above-captioned case is currently scheduled for Monday, March 8, 2010 at 9:00 a.m. Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the matter be continued to March 29, 2010. The reason for the continuance is that defense counsel would like additional time to resolve factual issues that have arisen during the pre-sentence investigation.

/ /

/ /

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARING;
No. CR 09-0927 MHP                                   1

All parties and the probation officer are available on the requested date.

IT IS SO STIPULATED:

Dated:   February 22, 2010              ____/s/_____
                                        RONALD C. TYLER
                                        Assistant Federal Public Defender
                                        Counsel for Dale Davis


Dated:   February 22, 2010              ____/s/_____
                                        ROBIN HARRIS
                                        Assistant United States Attorney


**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for March 8, 2010 shall be continued to March 29, 2010, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  2/23/2010                       _____
                                        HONORABLE MARILYN H. PATEL
                                        United States District Judge

*IT IS SO ORDERED* — Judge Marilyn H. Patel (stamp/signature)

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARING;
No. CR 09-0927 MHP                      2